## KEVIN F. MACMILLAN ET AL. *v.* HARRISON SCOTT HIGGINS ET AL.

*Kevin F. MacMillan,* pro se, in support of the petition.

*Eric D. Grayson,* in opposition.

Decided June 4, 2003

## TUXIS-OHR'S, INC. *v.* LOUIS GHERLONE ET AL.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Bradley K. Cooney,* in support of the petition.

*Vincent T. McManus, Jr.,* in opposition.

Decided June 4, 2003

## HOUSING AUTHORITY OF THE CITY OF NEW LONDON *v.* STATE BOARD OF LABOR RELATIONS ET AL.

The Supreme Court docket number is SC 17007.

908

*Susan M. Phillips*, in support of the petition.

*Jaye Bailey Zanta*, in opposition.

Decided June 4, 2003

## KEVIN L. STROBEL *v.* ROSE LI-HWA STROBEL

*Rose Li-Hwa Strobel*, pro se, in support of the petition.

Decided June 4, 2003

## STATE OF CONNECTICUT *v.* DEBORAH A. RANGER

*Neal Cone*, senior assistant public defender, in support of the petition.

*Julia K. Conlin*, deputy assistant state's attorney, in opposition.

Decided June 4, 2003

## STATE OF CONNECTICUT *v.* MARVEL HENRY